UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA             :
                                     :   **ORDER**
         -against-                   :
                                     :   16 Cr. 233(AKH)
Isaac Torres    ,                    :
                                     :
                     Defendant.      :
------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Isaac Torres, having been sentenced to time served, on indictment 16 Cr.233, shall be released from the custody of the United States Marshals.

        SO ORDERED.

Dated:   September 15, 2020
         New York, New York

        _____
        ALVIN K. HELLERSTEIN
        United States District Judge